| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Furay, Catherine J. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Western District of Wisconsin | 3. Date of Report<br><br>05/15/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief Bankruptcy Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>120 N. Henry Street, Room 340<br>Madison, WI 53703-2559 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Committee Member | Villages of Bishops Bay Architectural Review Committee |
| 2. | Member of Board of Directors and Finance Committee; Treasurer | University of Wisconsin-Eau Claire Foundation Inc. |
| 3. | Committee Member | Elections, Finance, and Online Learning Committees of the National Conference of Bankruptcy Judges |
| 4. | Chairman of the Board and Past-President of Certification Oversight Comm. | Turnaround Management Association |
| 5. | Global TMA Board of Trustees Member | Turnaround Management Association |
| 6. | Education Advisory Commitee for Central States Bankruptcy Conference | American Bankruptcy Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 03/26/19 | LexisNexis - compensation for updating Construction Law treatise | $4,000.00 |
| 2. 09/05/19 | Ginsberg & Martin - compensation for Editor-in-Chief of treatise | $2,109.34 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Steinhilber Swanson, LLC - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Wisconsin | 02/27/19 - 03/01/19 | Kohler, WI | Bankruptcy, Insolvency and Creditors' Rights Section Annual Conference | Lodging, meals, tuition |
| 2. | American Bar Association | 03/27/19 - 03/30/19 | Vancouver, B.C. | Business Law Section Spring Meeting | Transportation, lodging, meals, tuition |
| 3. | State Bar of Wisconson | 04/26/19 - 04/26/19 | Eau Claire, WI | Northwestern Wisconsin Bankruptcy Institute | Transportation, lodging, meals, tuition |
| 4. | Bankruptcy Bar Association for the Southern District of Florida | 05/09/19 - 05/12/19 | Key Largo, FL | 35th Annual BBA Weekend Retreat | Transportation, lodging, meals, tuition |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/15/2020 |

| 5. | American Bankruptcy Institute | 06/13/19 - 06/15/19 | Traverse City, MI | ABI Central States Bankruptcy Workshop | Transportation, lodging |
|---|---|---|---|---|---|
| 6. | Federal Bar Association | 07/26/19 - 07/28/19 | Crystal Mountain, MI | FBA Bankruptcy Section Seminar | Transportation, lodging |
| 7. | Iowa Chapter of the Federal Bar Association and Bankruptcy Seminars, Inc. | 10/09/19 - 10/10/19 | Des Moines, IA | All Iowa Bankruptcy Conference | Transportation, lodging |
| 8. | National Conference of Bankruptcy Judges | 10/30/19 - 11/02/19 | Washington, D.C. | NCBJ 2019 Annual Meeting | Transportation, lodging |
| 9. | The University of Texas School of Law | 11/14/19 - 11/16/19 | Austin, TX | 38th Annual Jay L. Westbrook Bankruptcy Conference | Transportation, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | *See note in Part VIII | | $0.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank Account Middleton Community Bank, n/k/a Monona Bank | A | Interest | K | T | | | | | |
| 2. The Peoples Community Bancshares | A | Interest | J | T | | | | | |
| 3. Mitzvah LLC | | None | M | U | | | | | |
| 4. Bank Account Towne Bank | A | Interest | J | T | | | | | |
| 5. INVESTMENT ACCOUNT #1 (UBS): (H) | | | | | | | | | |
| 6. - Cash (UBS) | A | Interest | J | T | | | | | |
| 7. - Amgen Inc. (AMGN) | A | Dividend | J | T | Sold (part) | 03/27/19 | J | A | |
| 8. | | | | | Sold (part) | 09/19/19 | J | A | |
| 9. | | | | | Sold (part) | 12/17/19 | J | A | |
| 10. - Apple Inc. (AAPL) | A | Dividend | J | T | Sold (part) | 04/02/19 | J | A | |
| 11. | | | | | Sold (part) | 05/30/19 | J | A | |
| 12. | | | | | Sold (part) | 09/19/19 | J | A | |
| 13. | | | | | Sold (part) | 12/17/19 | J | A | |
| 14. - Banco Santander (SAN) | A | Dividend | | | Buy (add'l) | 02/19/19 | J | | |
| 15. | | | | | Sold (part) | 03/27/19 | J | A | |
| 16. | | | | | Sold (part) | 09/19/19 | J | A | |
| 17. | | | | | Sold | 12/17/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Capital One Financial Corp (COF) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 19. | | | | | Sold (part) | 04/01/19 | J | A | |
| 20. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 21. | | | | | Sold (part) | 09/19/19 | J | A | |
| 22. | | | | | Sold (part) | 12/17/19 | J | A | |
| 23. - Carnival Corp New-Paired Stock (CCL) | A | Dividend | | | Buy (add'l) | 02/19/19 | J | | |
| 24. | | | | | Sold (part) | 03/27/19 | J | A | |
| 25. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 26. | | | | | Sold (part) | 09/19/19 | J | A | |
| 27. | | | | | Sold | 12/17/19 | J | A | |
| 28. - Cisco Systems Inc. (CSCO) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 29. | | | | | Sold (part) | 04/01/19 | J | A | |
| 30. | | | | | Sold (part) | 05/30/19 | J | A | |
| 31. | | | | | Sold (part) | 09/19/19 | J | A | |
| 32. | | | | | Sold (part) | 12/17/19 | J | A | |
| 33. - Citigroup Inc. (C) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 34. | | | | | Sold (part) | 03/27/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 36. | | | | | Sold<br>(part) | 09/19/19 | J | A | |
| 37. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 38.  - Coca Cola Co. (KO) | A | Dividend | J | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 39. | | | | | Sold<br>(part) | 03/27/19 | J | A | |
| 40. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 41. | | | | | Sold<br>(part) | 09/19/19 | J | A | |
| 42. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 43.  - Diageo PLC New (DEO) | A | Dividend | | | Sold<br>(part) | 02/19/19 | J | A | |
| 44. | | | | | Sold<br>(part) | 03/27/19 | J | A | |
| 45. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 46. | | | | | Sold<br>(part) | 09/19/19 | J | A | |
| 47. | | | | | Sold | 12/17/19 | J | A | |
| 48.  - Duke Energy Corp (DUK) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 49. | | | | | Sold<br>(part) | 03/27/19 | J | A | |
| 50. | | | | | Sold<br>(part) | 09/19/19 | J | A | |
| 51. | | | | | Sold<br>(part) | 12/17/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Exxon Mobil Corp (XOM) | A | Dividend | | | Buy (add'l) | 02/19/19 | J | | |
| 53. | | | | | Sold (part) | 03/27/19 | J | A | |
| 54. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 55. | | | | | Sold (part) | 09/19/19 | J | A | |
| 56. | | | | | Sold | 12/12/19 | J | A | |
| 57. - McDonald's Corp. (MCD) | A | Dividend | J | T | Sold (part) | 03/27/19 | J | A | |
| 58. | | | | | Sold (part) | 09/19/19 | J | A | |
| 59. | | | | | Sold (part) | 12/17/19 | J | A | |
| 60. - Merck & Co Inc. (MRK) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 61. | | | | | Sold (part) | 03/27/19 | J | A | |
| 62. | | | | | Sold (part) | 05/30/19 | J | A | |
| 63. | | | | | Sold (part) | 09/19/19 | J | A | |
| 64. | | | | | Sold (part) | 12/17/19 | J | A | |
| 65. - Microsoft Corp. (MSFT) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 66. | | | | | Sold (part) | 03/27/19 | J | A | |
| 67. | | | | | Sold (part) | 09/19/19 | J | A | |
| 68. | | | | | Sold (part) | 12/17/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 69.   - Mondelez International Inc. (MDLZ) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 70. | | | | | Sold (part) | 03/27/19 | J | A | |
| 71. | | | | | Sold (part) | 05/30/19 | J | A | |
| 72. | | | | | Sold (part) | 09/19/19 | J | A | |
| 73. | | | | | Sold (part) | 12/17/19 | J | A | |
| 74.   - Nestle (NSRGY) | A | Dividend | J | T | Sold (part) | 03/27/19 | J | A | |
| 75. | | | | | Sold (part) | 05/30/19 | J | A | |
| 76. | | | | | Sold (part) | 09/19/19 | J | A | |
| 77. | | | | | Sold (part) | 12/17/19 | J | A | |
| 78.   - Oracle Corp. (ORCL) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 79. | | | | | Sold (part) | 03/27/19 | J | A | |
| 80. | | | | | Sold (part) | 05/30/19 | J | A | |
| 81. | | | | | Sold (part) | 09/19/19 | J | A | |
| 82. | | | | | Sold (part) | 12/17/19 | J | A | |
| 83.   - Qualcomm Inc. (QCOM) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 84. | | | | | Sold (part) | 03/27/19 | J | A | |
| 85. | | | | | Sold (part) | 05/30/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/19/19 | J | A | |
| 87. | | | | | Sold (part) | 12/17/19 | J | A | |
| 88.   - Sanofi Spon ADR (SNY) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 89. | | | | | Sold (part) | 03/27/19 | J | A | |
| 90. | | | | | Sold (part) | 05/30/19 | J | A | |
| 91. | | | | | Sold (part) | 09/19/19 | J | A | |
| 92. | | | | | Sold (part) | 12/17/19 | J | A | |
| 93.   - Unilever NV (UN) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 94. | | | | | Sold (part) | 03/27/19 | J | A | |
| 95. | | | | | Sold (part) | 05/30/19 | J | A | |
| 96. | | | | | Sold (part) | 09/19/19 | J | A | |
| 97. | | | | | Sold (part) | 12/17/19 | J | A | |
| 98.   - Walt Disney Co. (DIS) | A | Dividend | J | T | Sold (part) | 03/27/19 | J | A | |
| 99. | | | | | Sold (part) | 05/30/19 | J | A | |
| 100. | | | | | Sold (part) | 09/19/19 | J | A | |
| 101. | | | | | Sold (part) | 12/17/19 | J | A | |
| 102.  - Western Union (WU) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 03/27/19 | J | A | |
| 104. | | | | | Sold (part) | 05/30/19 | J | A | |
| 105. | | | | | Sold (part) | 09/19/19 | J | A | |
| 106. | | | | | Sold (part) | 12/17/19 | J | A | |
| 107.  - Wisdomtree Emerging Markets High Divid Fund ETF (DEM) | | | | | Sold | 02/19/19 | J | A | |
| 108.  - Wisdomtree Emerging Markets ETF (DGS) | | | | | Sold | 02/19/19 | J | A | |
| 109.  - SPDR Nuveen Barclays Municipal ETF (TFI) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 110. | | | | | Sold (part) | 03/27/19 | J | A | |
| 111. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 112. | | | | | Sold (part) | 09/19/19 | J | A | |
| 113. | | | | | Sold (part) | 12/17/19 | J | A | |
| 114.  - Vaneck Vectors ETF High Yield Municipal (HYD) | A | Dividend | J | T | Sold (part) | 03/27/19 | J | A | |
| 115. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 116. | | | | | Sold (part) | 09/19/19 | J | A | |
| 117. | | | | | Sold (part) | 12/17/19 | J | A | |
| 118.  - VISA Inc. (V) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 119. | | | | | Sold (part) | 03/27/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 121. | | | | | Sold<br>(part) | 09/19/19 | J | A | |
| 122. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 123.   - Starbucks Corp. (SBUX) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 124. | | | | | Sold<br>(part) | 03/27/19 | J | A | |
| 125. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 126. | | | | | Sold<br>(part) | 09/19/19 | J | A | |
| 127. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 128.   - Ishares MSCI ACWI (ACWI) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 129. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 130. | | | | | Sold<br>(part) | 09/19/19 | J | A | |
| 131. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 132.   - SPDR Nuveen Barclays Short-Term Muni<br>(SHM) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 133. | | | | | Sold<br>(part) | 03/27/19 | J | A | |
| 134. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 135. | | | | | Sold<br>(part) | 09/19/19 | J | A | |
| 136. | | | | | Sold<br>(part) | 12/17/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - iShares Core S&P 500 ETV (IVV) | A | Dividend | | | Sold | 02/19/19 | J | A | |
| 138.  - Royal Dutch Shell (RDSA) | A | Dividend | | | Buy (add'l) | 02/19/19 | J | | |
| 139. | | | | | Sold (part) | 03/27/19 | J | A | |
| 140. | | | | | Sold (part) | 05/30/19 | J | A | |
| 141. | | | | | Sold (part) | 09/19/19 | J | A | |
| 142. | | | | | Sold | 12/17/19 | J | A | |
| 143.  - ABB Ltd. (ABB) | A | Dividend | J | T | Buy | 02/19/19 | J | | |
| 144. | | | | | Sold (part) | 03/27/19 | J | A | |
| 145. | | | | | Sold (part) | 09/19/19 | J | A | |
| 146. | | | | | Sold (part) | 12/17/19 | J | A | |
| 147.  - Ford Motor Co. (F) | A | Dividend | J | T | Buy | 02/19/19 | J | | |
| 148. | | | | | Sold (part) | 03/27/19 | J | A | |
| 149. | | | | | Sold (part) | 05/30/19 | J | A | |
| 150. | | | | | Sold (part) | 09/19/19 | J | A | |
| 151. | | | | | Sold (part) | 12/17/19 | J | A | |
| 152.  - HSBC Holdings plc (HSBC) | A | Dividend | | | Buy | 02/19/19 | J | | |
| 153. | | | | | Sold (part) | 03/27/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 05/30/19 | J | A | |
| 155. | | | | | Sold (part) | 09/19/19 | J | A | |
| 156. | | | | | Sold | 12/17/19 | J | A | |
| 157.   - Lockheed Martin Corp. (LMT) | A | Dividend | J | T | Buy | 02/19/19 | J | | |
| 158. | | | | | Sold (part) | 03/27/19 | J | A | |
| 159. | | | | | Sold (part) | 09/19/19 | J | A | |
| 160. | | | | | Sold (part) | 12/17/19 | J | A | |
| 161.   - Westpac Banking Corp. (WBK) | A | Dividend | | | Buy | 02/20/19 | J | | |
| 162. | | | | | Sold (part) | 03/27/19 | J | A | |
| 163. | | | | | Sold (part) | 05/30/19 | J | A | |
| 164. | | | | | Sold (part) | 09/19/19 | J | A | |
| 165. | | | | | Sold | 12/12/19 | J | A | |
| 166.   IRA #1 (UBS): (H) | | | | | | | | | |
| 167.   - Cash (UBS) | A | Interest | K | T | | | | | |
| 168.   - Abb Ltd Spon Adr (ABB) | A | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 169. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 170. | | | | | Buy (add'l) | 05/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 12/19/19 | J | A | |
| 172.   - America Movil (AMX) (Y) * | | | | | | | | | |
| 173.   - Amgen Inc. (AMGN) | A | Dividend | K | T | Sold (part) | 02/19/19 | J | A | |
| 174. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 175. | | | | | Sold (part) | 12/19/19 | J | A | |
| 176.   - Apple Inc. (AAPL) | A | Dividend | K | T | Sold (part) | 02/19/19 | J | A | |
| 177. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 178. | | | | | Sold (part) | 05/30/19 | J | A | |
| 179. | | | | | Sold (part) | 12/19/19 | J | A | |
| 180.   - Banco Santander (SAN) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 181. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 182. | | | | | Sold (part) | 05/30/19 | J | A | |
| 183. | | | | | Sold (part) | 12/19/19 | J | A | |
| 184.   - Capital One Financial Corp (COF) | A | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 185. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 186. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 187. | | | | | Sold (part) | 12/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  - Carnival Corp New-Paired Stock (CCL) | A | Dividend | J | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 189. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 190. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 191. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 192.  - Cisco Systems Inc. (CSCO) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 193. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 194. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 195. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 196.  - Citigroup Inc. (C) | A | Dividend | K | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 197. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 198. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 199. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 200.  - Coca Cola Co. (KO) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 201. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 202. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 203. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 204.  - Diageo PLC New GB Spon ADR (DEO) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 05/30/19 | J | C | |
| 206. | | | | | Sold (part) | 12/19/19 | J | A | |
| 207.   - Duke Energy Corp (DUK) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 208. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 209. | | | | | Sold (part) | 05/30/19 | J | A | |
| 210. | | | | | Sold (part) | 12/19/19 | J | A | |
| 211.   - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 212. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 213. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 214. | | | | | Sold (part) | 12/19/19 | J | A | |
| 215.   - Ford Motor Co. (F) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 216. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 217. | | | | | Sold (part) | 05/30/19 | J | A | |
| 218. | | | | | Sold (part) | 12/19/19 | J | A | |
| 219.   - HSBC Holdings PLC New GB Spon ADR (HSBC) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 220. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 221. | | | | | Sold (part) | 05/30/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 223.  - McDonald's Corp. (MCD) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 224. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 225. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 226.  - Merck & Co Inc. New Com (MRK) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | B | |
| 227. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 228. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 229. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 230.  - Microsoft Corp. (MSFT) | A | Dividend | K | T | Sold<br>(part) | 02/19/19 | J | B | |
| 231. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 232. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 233. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 234.  - Mondelez International Inc. (MDLZ) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 235. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 236. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 237. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 238.  - Nestle S A Spon ADR REPSTG Reg SHS Switz (NSRGY) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 240. | | | | | Sold<br>(part) | 05/30/19 | J | C | |
| 241. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 242.   - Oracle Corp. (ORCL) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 243. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 244. | | | | | Sold<br>(part) | 05/30/19 | J | B | |
| 245. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 246.   - Qualcomm Inc. (QCOM) | A | Dividend | J | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 247. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 248. | | | | | Sold<br>(part) | 05/30/19 | K | C | |
| 249. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 250.   - Sanofi Spon ADR (SNY) | A | Dividend | K | T | Sold<br>(part) | 02/19/19 | J | A | |
| 251. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 252. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 253. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 254.   - Schlumberger Ltd. Netherlands Antilles<br>(SLB) | A | Dividend | J | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 255. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 257. | | | | | Sold (part) | 12/19/19 | J | A | |
| 258.   - Unilever NV Y SHS New Netherlands Spon ADR (UN) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 259. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 260. | | | | | Sold (part) | 05/30/19 | J | B | |
| 261. | | | | | Sold (part) | 12/19/19 | J | A | |
| 262.   - Walt Disney Co. (DIS) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 263. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 264. | | | | | Sold (part) | 05/30/19 | J | C | |
| 265. | | | | | Sold (part) | 12/19/19 | J | A | |
| 266.   - Western Union Co (WU) | A | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 267. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 268. | | | | | Sold (part) | 05/30/19 | J | A | |
| 269. | | | | | Sold (part) | 12/19/19 | J | A | |
| 270.   - Westpac Banking Ltd Spon ADR Australia ADR (WBK) | B | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 271. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 272. | | | | | Sold (part) | 05/30/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Sold (part) | 12/19/19 | J | A | |
| 274. - Wisdomtree Emerging Markets High Divid Fund ETF (DEM) | | | | | Sold | 02/19/19 | J | B | |
| 275. - Wisdomtree Emerging Markets ETF (DGS) | | | | | Sold | 02/19/19 | J | B | |
| 276. - Blackstone Group Lp (BX) | B | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 277. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 278. | | | | | Sold (part) | 05/30/19 | J | A | |
| 279. | | | | | Sold (part) | 12/19/19 | J | A | |
| 280. - Ishares Core U.S. Aggregate Bond ETF (AGG) | D | Dividend | N | T | Buy (add'l) | 02/19/19 | J | | |
| 281. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 282. | | | | | Buy (add'l) | 05/30/19 | K | | |
| 283. | | | | | Sold (part) | 12/19/19 | J | A | |
| 284. - Pimco 0-5 High Yield Corp. Bond Index ETF (HYS) | B | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 285. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 286. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 287. | | | | | Sold (part) | 12/05/19 | J | A | |
| 288. - Invesco Senior Loan ETF (BKLN)* | B | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 289. | | | | | Buy (add'l) | 03/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 291. | | | | | Sold (part) | 12/19/19 | J | A | |
| 292. - Vanguard Charlotte FDS Total Intl Bond Index Fund ETF (BNDX) | A | Dividend | K | T | Sold (part) | 02/19/19 | J | A | |
| 293. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 294. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 295. | | | | | Sold (part) | 12/19/19 | J | A | |
| 296. - Visa Inc. (V) | A | Dividend | K | T | Sold (part) | 02/19/19 | J | A | |
| 297. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 298. | | | | | Sold (part) | 05/30/19 | J | A | |
| 299. | | | | | Sold (part) | 12/19/19 | J | A | |
| 300. - Glaxo SmithKline PLC ADR (GSK) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 301. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 302. | | | | | Sold (part) | 12/19/19 | J | A | |
| 303. - Johnson Ctls Intl PLC (JCI) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 304. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 305. | | | | | Sold (part) | 05/30/19 | J | A | |
| 306. | | | | | Sold (part) | 12/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307.   - Roche Hldg Ltd Spons ADR Switz ADR (RHHBY) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 308. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 309. | | | | | Sold (part) | 05/30/19 | J | A | |
| 310. | | | | | Sold (part) | 12/19/19 | J | A | |
| 311.   - Starbucks Corp (SBUX) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 312. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 313. | | | | | Sold (part) | 05/30/19 | J | A | |
| 314. | | | | | Sold (part) | 12/19/19 | J | A | |
| 315.   - Ishares Short-Term Corporate Bond Fund (ISGB) | C | Dividend | L | T | Buy (add'l) | 02/19/19 | J | | |
| 316. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 317. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 318. | | | | | Sold (part) | 12/19/19 | J | A | |
| 319.   - Anheuser Busch Inbev Spon ADR (BUD) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 320. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 321. | | | | | Sold (part) | 12/19/19 | J | A | |
| 322.   - Blackrock Inc (BLK) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 323. | | | | | Sold (part) | 05/30/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Sold (part) | 12/19/19 | J | A | |
| 325.  - Daimler AG (DDAIF)* | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 326. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 327. | | | | | Sold (part) | 12/19/19 | J | A | |
| 328.  - Eastman Chemical Co. (EMN) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 329. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 330. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 331. | | | | | Sold (part) | 12/19/19 | J | A | |
| 332.  - Ingersoll-Rand PLC (IR) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 333. | | | | | Sold (part) | 05/30/19 | J | A | |
| 334. | | | | | Sold (part) | 12/19/19 | J | A | |
| 335.  - Royal Dutch Shell PLC CL A Spon ADR (RDSA) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 336. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 337. | | | | | Sold (part) | 05/30/19 | J | A | |
| 338. | | | | | Sold (part) | 12/19/19 | J | A | |
| 339.  - Tencent (TCEHY) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 340. | | | | | Buy (add'l) | 03/29/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 342. | | | | | Sold (part) | 12/19/19 | J | A | |
| 343.  - Telefonica S A Spon ADR (TEF) | A | Dividend | | | Buy (add'l) | 02/19/19 | J | | |
| 344. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 345. | | | | | Sold | 05/30/19 | J | A | |
| 346.  - AT&T Inc (T) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 347. | | | | | Sold (part) | 12/19/19 | J | A | |
| 348.  - Cognizant Tech Solutions (CTSH) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 349. | | | | | Sold (part) | 12/19/19 | J | A | |
| 350.  - Comcast Corp New CL A (CMCSA) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 351. | | | | | Sold (part) | 12/19/19 | J | A | |
| 352.  - Ishares MSCI ACWI ETF (ACWI) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 353. | | | | | Sold (part) | 12/19/19 | J | A | |
| 354.  - Jones Lang LaSalle Inc (JLL) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 355. | | | | | Sold (part) | 12/19/19 | J | A | |
| 356.  - Lockheed Martin Corp (LMT) | A | Dividend | K | T | Buy | 02/19/19 | K | | |
| 357. | | | | | Sold (part) | 05/30/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 359.   - Materials Select Sector SPDR Trust ETF (XLB) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 360. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 361.   - Vodofone Group (VOD) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 362. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 363.   IRA #2 (UBS): (H) | | | | | | | | | |
| 364.   - Cash (UBS) | A | Interest | K | T | | | | | |
| 365.   - Abb Ltd Spon Adr (ABB) | A | Dividend | K | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 366. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 367. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 368.   - Amgen Inc. (AMGN) | A | Dividend | K | T | Sold<br>(part) | 02/19/19 | J | A | |
| 369. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 370.   - Apple Inc. (AAPL) | A | Dividend | K | T | Sold<br>(part) | 02/19/19 | J | A | |
| 371. | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 372. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 373.   - Banco Santander (SAN) | A | Dividend | J | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 374. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 376.   - Capital One Financial Corp (COF) | A | Dividend | K | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 377. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 378. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 379.   - Carnival Corp New-Paired Stock (CCL) | A | Dividend | J | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 380. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 381. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 382.   - Cisco Systems Inc. (CSCO) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 383. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 384. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 385.   - Citigroup Inc. (C) | A | Dividend | K | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 386. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 387. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 388.   - Coca Cola Co. (KO) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 389. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 390. | | | | | Sold<br>(part) | 05/30/19 | J | B | |
| 391.   - Diageo PLC New GB Spon ADR (DEO) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Sold<br>(part) | 05/30/19 | J | C | |
| 393.  - Duke Energy Corp. (DUK) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 394. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 395. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 396.  - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 397. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 398. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 399.  - Ford Motor Co. (F) | B | Dividend | K | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 400. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 401. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 402.  - HSBC Holdings PLC New GB Spon ADR (HSBC) | A | Dividend | J | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 403. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 404. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 405.  - McDonald's Corp. (MCD) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 406. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 407.  - Merck & Co Inc. New Com (MRK) | A | Dividend | K | T | Sold<br>(part) | 02/19/19 | J | A | |
| 408. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 05/30/19 | J | A | |
| 410.  - Microsoft Corp. (MSFT) | A | Dividend | K | T | Sold (part) | 02/19/19 | J | C | |
| 411. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 412. | | | | | Sold (part) | 05/30/19 | J | A | |
| 413.  - Mondelez International Inc. (MDLZ) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 414. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 415. | | | | | Sold (part) | 05/30/19 | J | B | |
| 416.  - Nestle S A Spon ADR REPSTG Reg SHS Switz (NSRGY) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 417. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 418. | | | | | Sold (part) | 05/30/19 | K | C | |
| 419.  - Oracle Corp. (ORCL) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 420. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 421. | | | | | Sold (part) | 05/30/19 | J | C | |
| 422.  - Qualcomm Inc. (QCOM) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 423. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 424. | | | | | Sold (part) | 05/30/19 | K | C | |
| 425.  - Sanofi Spon ADR (SNY) | A | Dividend | K | T | Sold (part) | 02/19/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 427. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 428. - Schlumberger Ltd. Netherlands Antilles (SLB) | A | Dividend | K | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 429. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 430. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 431. - Unilever NV Y SHS New Netherlands Spon ADR (UN) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 432. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 433. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 434. - Walt Disney Co. (DIS) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 435. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 436. | | | | | Sold<br>(part) | 05/30/19 | K | C | |
| 437. - Western Union Co (WU) | A | Dividend | K | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 438. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 439. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 440. - Westpac Banking Ltd Spon ADR Australia ADR (WBK) | B | Dividend | K | T | Buy<br>(add'l) | 02/20/19 | J | | |
| 441. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 442. | | | | | Sold<br>(part) | 05/30/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  - Wisdomtree Emerging Markets High Divid Fund ETF (DEM) | | | | | Sold | 02/19/19 | K | B | |
| 444.  - Wisdomtree Emerging Markets ETF (DGS) | | | | | Sold | 02/19/19 | K | B | |
| 445.  - Blackstone Group Lp (BX) | B | Dividend | K | T | Sold (part) | 02/19/19 | J | A | |
| 446. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 447. | | | | | Sold (part) | 05/30/19 | J | B | |
| 448.  - Ishares Core U.S. Aggregate Bond ETF (AGG) | D | Dividend | N | T | Buy (add'l) | 02/19/19 | J | | |
| 449. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 450. | | | | | Buy (add'l) | 05/30/19 | K | | |
| 451. | | | | | Sold (part) | 12/19/19 | K | A | |
| 452.  - Pimco 0-5 High Yield Corp. Bond Index ETF (HYS) | B | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 453. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 454. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 455.  - Invesco Senior Ln ETF (BKLN)* | B | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 456. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 457. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 458.  - Vanguard Charlotte FDS Total Intl Bond Index Fund ETF (BNDX) | B | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 459. | | | | | Buy (add'l) | 03/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 461.  - Visa Inc. (V) | A | Dividend | K | T | Sold<br>(part) | 02/19/19 | J | C | |
| 462. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 463. | | | | | Sold<br>(part) | 05/30/19 | J | B | |
| 464.  - Daimler (DDAIF)* | A | Dividend | J | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 465. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 466.  - Glaxo Smithkline PLC ADR (GSK) | A | Dividend | J | T | Sold<br>(part) | 02/19/19 | J | A | |
| 467. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 468.  - Johnson Ctls Intl PLC (JCI) | A | Dividend | J | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 469. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 470. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 471.  - Roche Hldg Ltd Spons ADR Switz<br>(RHHBY) | A | Dividend | K | T | Sold<br>(part) | 02/19/19 | J | A | |
| 472. | | | | T | Buy<br>(add'l) | 03/29/19 | J | | |
| 473. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 474.  - Starbucks Corp (SBUX) | A | Dividend | K | T | Sold<br>(part) | 02/19/19 | J | A | |
| 475. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 476. | | | | | Sold<br>(part) | 05/30/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  - Ishares Short-Term Corporate Bond ETF (IGSB) | C | Dividend | M | T | Buy (add'l) | 02/19/19 | J | | |
| 478. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 479. | | | | | Buy (add'l) | 05/30/19 | K | | |
| 480.  - Anheuser Busch Inbev Spon ADR (BUD) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 481. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 482.  - Blackrock Inc. (BLK) | A | Dividend | K | T | Sold (part) | 02/19/19 | J | A | |
| 483. | | | | | Sold (part) | 05/30/19 | J | A | |
| 484.  - Eastman Chemical Co. (EMN) | A | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 485. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 486. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 487.  - Ingersoll-Rand PLC (IR) | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 488. | | | | | Sold (part) | 05/30/19 | J | A | |
| 489.  - Royal Dutch Shell PLC CL A Spon ADR (RDSA) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 490. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 491. | | | | | Sold (part) | 05/30/19 | J | A | |
| 492.  - Tencent (TCEHY) | A | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 493. | | | | | Buy (add'l) | 03/29/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 495.   - Telefonica S A Spon ADR (TEF) | A | Dividend | | | Buy<br>(add'l) | 02/19/19 | J | | |
| 496. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 497. | | | | | Sold | 05/30/19 | J | A | |
| 498.   - AT&T Inc (T) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 499.   - Cognizant Tech Solutions (CTSH) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 500.   - Comcast Corp New CL A (CMSA) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 501.   - Ishares MSCI ACWI ETF (ACWI) | A | Dividend | J | T | Buy | 05/30/19 | K | | |
| 502. | | | | | Sold<br>(part) | 12/19/19 | J | B | |
| 503.   - Jones Lang LaSalle Inc (JLL) | A | Dividend | K | T | Buy | 05/30/19 | J | | |
| 504.   - Lockheed Martin Corp (LMT) | A | Dividend | K | T | Buy | 02/19/19 | K | | |
| 505. | | | | | Sold<br>(part) | 05/30/19 | J | A | |
| 506.   - Materials Select Sector SPDR Trust ETF (XLB) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 507.   - Vodafone Group (VOD) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 508.   Extendquip LLC | | None | K | U | | | | | |
| 509.   State of Wisconsin Life Insurance | A | Dividend | J | T | | | | | |
| 510.   Wisconsin Retirement System Dept of<br>Employee Trust Funds | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.  IRA #3 (UBS): (H) | | | | | | | | | |
| 512.  - Cash (UBS) | A | Interest | J | T | | | | | |
| 513.  - Credit Suisse AG Airbag PS SPTSX60 | | None | | | Redeemed | 10/31/19 | J | B | |
| 514.  - JP Morgan Chase Financial T-ISS SPX | | None | | | Redeemed | 08/30/19 | K | C | |
| 515.  - GS Finance Corp T-SS SPX | | None | | | Redeemed | 09/04/19 | K | C | |
| 516.  - Barclays Bank T-Gears SPX | | None | K | T | | | | | |
| 517.  - Barclays PLC T-Gears VWO | | None | J | T | | | | | |
| 518.  - GS Finance T-Gears SX5E | | None | K | T | | | | | |
| 519.  - HSBC USA CT-Gears SPX | | None | K | T | | | | | |
| 520.  - Royal Bank of Canada CT-Gears SX5E | | None | K | T | | | | | |
| 521.  IRA #4 (UBS): (H) | | | | | | | | | |
| 522.  - Cash (UBS) | A | Interest | J | T | | | | | |
| 523.  - Credit Suisse AG Airbag PS SPTSX60 | | None | | | Redeemed | 10/31/19 | K | C | |
| 524.  - JP Morgan Chase Financial T-ISS SPX | | None | | | Redeemed | 08/30/19 | K | C | |
| 525.  - GS Finance Corp T-SS SPX | | None | | | Redeemed | 09/04/19 | K | C | |
| 526.  - Barclays Bank T-Gears SPX | | None | K | T | | | | | |
| 527.  - Barclays Bank T-Gears VWO | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528.  - GS Finance Corp T-Gears SX5E | | None | L | T | | | | | |
| 529.  - HSBC USA CT-Gears SPX | | None | K | T | | | | | |
| 530.  - Royal Bank of Canada CT-Gears SX5E | | None | K | T | | | | | |
| 531.  IRA #5 (UBS): (H) | | | | | | | | | |
| 532.  - Cash (UBS) | A | Interest | J | T | | | | | |
| 533.  - ACAP Strategic Fund | C | Int./Div. | M | T | | | | | |
| 534.  - Skybridge Multi-Advisor | D | Int./Div. | M | T | | | | | |
| 535.  - Blackstone Real Estate | D | Dividend | M | T | | | | | |
| 536.  - Starwood Real Estate | B | Dividend | M | T | Buy | 04/25/19 | L | | |
| 537. | | | | | Buy<br>(add'l) | 12/26/19 | L | | |
| 538.  IRA #6 (UBS): (H) | | | | | | | | | |
| 539.  - Cash (UBS) | A | Interest | J | T | | | | | |
| 540.  - ACAP Strategic Fund | C | Int./Div. | L | T | | | | | |
| 541.  - Skybridge Multi-Advisor | C | Int./Div. | L | T | | | | | |
| 542.  - Starwood Real Estate | B | Dividend | M | T | Buy | 04/25/19 | L | | |
| 543. | | | | | Buy<br>(add'l) | 12/26/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V. Gifts. During 2019, friends sent me gifts of art, jewelry, and memorabilia.  I have no reason to believe that any of these items exceeded the $375 limit.  If I should learn otherwise, I will amend this form.

Part VII. Investments and Trusts.

Line 172 - Judge Furay's 2018 FDR should have indicated this was sold in 2018.

Line 288 - formerly Powershares Senior Loan (BKLN)

Line 325 - formerly Daimler AG Spon ADR (DDAIY)

Line 455 - formerly Powershares Senior Loan (BKLN)

Line 464 - formerly Daimler AG Spon ADR (DDAIY)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Catherine J. Furay**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544